**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RISOR MAANO, | ) | NO. CV 17-8039-E |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| YVETTE MARIE ORELLANA, etc., et al., | ) | |
| Defendants. | ) | |

Plaintiff filed the Complaint in this action on November 3, 2017. It appears that Plaintiff has not effected service of the Summons and Complaint upon Defendants within 90 days after November 3, 2017.

It is therefore ordered that, within twenty (20) days of the date of the date of this Order, Plaintiff shall show good cause, if there be any, why service of the Summons and Complaint was not made upon Defendants within 90 days after the filing of the Complaint. See Fed. R. Civ. P. Civ. P. 4(m). Plaintiff may attempt to show good cause by filing a declaration signed under penalty of perjury.

///

Failure to comply with this Order or failure to demonstrate good cause may result in the dismissal of this action without prejudice.

DATED: February 2, 2018.

/s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE